**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  **Case No. 3:07-cr-254-J-16MCR**

**PRESCILIANO HERNANDEZ-BAUTISTA**
_____/

**ORDER ACCEPTING PLEA AND SCHEDULING SENTENCING**

Pursuant to the *Report and Recommendation* (Doc.#16) of the United States Magistrate Judge, to which objections have been waived, the plea of guilty of the defendant to Count One of the Information is now **ACCEPTED** and the defendant, **PRESCILIANO HERNANDEZ-BAUTISTA**, is **ADJUDGED GUILTY of such offense.**

**IT IS FURTHERED ORDERED** that **SENTENCING** before the Honorable John H. Moore II, is hereby **scheduled** for 2:00 p.m., on Thursday, November 15, 2007, in Courtroom 12D, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida this  1st  of October, 2007.

_____
JOHN H. MOORE II
United States District Judge

Copies to:   Assistant United States Attorney (Talbot)
             Defense Counsel - James Burke
             United States Marshal's Service
             United States Probation
             Yolanda Vargas, Interpreter